IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CARLA COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00104-O-BP |
| | § | |
| COMMISIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 41. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Commissioner's decision is **REVERSED** and the case is **REMANDED** for further administrative proceedings in which the Commissioner either reevaluates the existing medical opinions of record or solicits additional medical opinions that address the effects Plaintiff Cooper's conditions will have on her ability to perform meaningful work activities.

**SO ORDERED** on this **27th** day of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE