IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CARLA COOPER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:21-cv-00104-O-BP |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Carla Cooper and mail to her attorney, Michael T. Kelly, Morgan & Weisbrod, P.O. Box 821329, Dallas, TX 75243, attorney fees under the Equal Access to Justice Act in the total amount of $7,175.67 for 33.95 hours of service in 2021 and 2022 at the hourly rate of $211.36.

**SO ORDERED** this **26th** day of **January, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE